# Exhibit B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No.  16-cv-07011-WHO |
| Plaintiff, | |
| v. | **PERMANENT INJUNCTION;** <br> **JUDGMENT** |
| BLUE IN GREEN, LLC, et al., | |
| Defendants. | |

**ORDER OF JUDGMENT**

Good cause appearing, it is hereby ordered and adjudged as follows:

a.      Defendant shall pay $112,482.53 in damages to LS&Co., plus $5,782.88 in attorney's fees and $100.00 in costs, totaling $118,365.41.

b.      Commencing as of the "So Ordered" date of this Judgment and Permanent Injunction, Full Count, its principals, agents, affiliates, employees, officers, directors, servants, privies, successors, and assigns, and all persons acting in concert or participating with it or under its control who receive actual notice of this Order, are hereby permanently enjoined and restrained, directly or indirectly, from doing, authorizing or procuring any persons to do any of the following until such time as this Order is dissolved or modified by further Court order:

i.      Manufacturing, licensing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any garment that displays any of the designs and/or designations illustrated in Exhibit P to the FAC or any other designation and/or design that is as similar to the Arcuate, Tab, or Shirt Tab trademarks as the designs shown in Exhibit P are to the identified trademarks  (hereinafter collectively the "Prohibited Designs and Designations");

ii.      Applying, now or in the future, for the federal registration of trademarks for any of the Prohibited Designs and Designations;

iii.      Licensing or assigning the Full Count trademark, or the assets or beneficial ownership or control of assets associated with the production of goods under the Full

1          Count trademark, without disclosing and providing actual notice to the licensee, buyer or

2          assignee of such trademarks or assets;

3          iv.       Refusing refunds to any retailer, wholesaler, jobber, distributor or other seller

4          located in the United States or its territories which, upon receiving notice of this

5          Injunction, returns products to Full Count bearing the Prohibited Designs and

6          Designations;

7          v.       Assisting, aiding or abetting any person or entity engaging in or performing any act

8          prohibited by this paragraph.

9 c.       This Injunction shall apply throughout the world to the fullest extent of this Court's

10 jurisdiction. This is a final judgment as to all claims asserted against Defendant in this action.

11 d.       This Court shall retain jurisdiction for the purpose of making any further orders necessary

12 or proper for the construction or modification of this Judgment, the enforcement thereof, and/or

13 the punishment for any violations thereof. If LS&Co. commences an action for enforcement of

14 this Judgment, the prevailing party shall be awarded reasonable attorneys' fees and costs from the

15 other party.

16          For the purpose of any future proceeding to enforce the terms of this Judgment, service by

17 certified or registered mail upon a party or their counsel of record at their last known address shall

18 be deemed adequate notice for each party.

19          Full Count's obligations under this Judgment and Permanent Injunction are additional to—

20 and do not displace, supersede or preempt—the obligations of Full Count, its affiliates,

21 subsidiaries, assignees, licensees, successors, and all other entities under its control, under any

22 past judgment or injunction, including the 2009 Injunction.

23          **IT IS SO ORDERED.**

24 Dated: August 17, 2018

25

26

27                                 William H. Orrick
                                     United States District Judge

28

United States District Court
Northern District of California