UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>    Plaintiff,<br><br>v.<br><br>FULLCOUNT CO LTD, et al.,<br><br>    Defendants. | Case No. 24-cv-06448-KAW<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable William H. Orrick for consideration of whether the case is related to Case No. 16-7011-WHO, *Levi Strauss & Co. v. Blue in Green, LLC*.

**IT IS SO ORDERED.**

Dated: September 19, 2024

KANDIS A. WESTMORE
United States Magistrate Judge